**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS DAWKINS,<br><br>    Petitioner,<br><br>  v.<br><br>JOE MCGRATH , Warden,<br><br>    Respondent.<br>_____/ | No. C 05-01313 SBA (PR)<br><br>**ORDER GRANTING EXTENSION OF TIME FOR PETITIONER TO FILE OPPOSITION TO MOTION TO DISMISS** |

    Petitioner, a state prisoner, filed a pro se petition for a writ of habeas corpus.  The Court directed Respondent to file an answer to the petition and granted Petitioner leave to file a traverse within thirty days after the answer was filed.  In lieu of filing an answer, Respondent has filed a motion to dismiss.  Petitioner has not filed an opposition to the motion to dismiss.

    Accordingly, the Court GRANTS Petitioner an extension of time in which to file his opposition to Respondent's motion to dismiss.  The time in which Petitioner may file his opposition to Respondent's motion to dismiss will be extended up to and including **thirty (30) days** from the date of this Order.  Respondent shall file a reply brief no later than **fifteen (15) days** after the date Petitioner's opposition is filed.

    IT IS SO ORDERED.

DATED: 4/2/08

                                                  *Saundra B Armstrong*
                                                SAUNDRA BROWN ARMSTRONG
                                                UNITED STATES DISTRICT JUDGE

P:\PRO-SE\SBA\HC.05\Dawkins1313.EOToppnMTD.frm

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

DAWKINS,

        Plaintiff,

  v.

MCGRATH et al,

        Defendant.

Case Number: CV05-01313 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 7, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Douglas Lee Dawkins
16837 Liberty Street
San Leandro, CA 94578

Dated: April 7, 2008

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\HC.05\Dawkins1313.EOToppnMTD.frm